.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **William E. Hall** | **JUDGMENT IN A CIVIL CASE** |
| vs. | **Case No.** 2:12 -cv- 726 |
| | **Magistrate Judge King** |
| **Michelle France , et al . ,** | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the Opinion and Order filed on April 18, 2013 granting motion for summary judgment , the Clerk is directed to release the funds held in the registry of the Court to defendants Michelle France and Glenn E. Cahall,  in equal shares, as the lawful beneficiaries under the insurance policy of the decedent.

Date: April 18, 2013                         **John P. Hehman , Clerk**

                                         By: _s/Rashan Spraggins_____
                                             Rashan Spraggins , Deputy Clerk